```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 16500
   GLYNIS DONALDSON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-0675

-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 09/11/2007 and was not confirmed.

     The case was dismissed without confirmation 10/11/2007.
-----------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                       PAID          PAID
-----------------------------------------------------------------------
WILSHIRE CREDIT CORP     SECURED NOT I       .00         .00           .00
WILSHIRE CREDIT CORP     UNSECURED     NOT FILED         .00           .00
WILSHIRE CREDIT CORP     SECURED NOT I       .00         .00           .00
WILSHIRE CREDIT CORP     UNSECURED     NOT FILED         .00           .00
MILTON A TORNHEIM        DEBTOR ATTY         .00                       .00
TOM VAUGHN               TRUSTEE                                       .00
DEBTOR REFUND            REFUND                                        .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                      ---------------      ---------------
TOTALS                      .00                   .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 01/28/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```